| | |
|---|---|
| 1 | Susan St. Vincent |
| 2 | Legal Officer<br>NATIONAL PARK SERVICE |
| 3 | Legal Office<br>P.O. Box 517 |
| 4 | Yosemite, California  95389<br>Telephone:  (209) 372-0241 |
| 5 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MELISSA SCHNEIDER,<br><br>    Defendant. | No.  6:17-po-0423-MJS<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice and in the interest of justice.  The Government further requests the trial date set in the matter for March 7, 2018 be vacated.

.

| | |
|---|---|
| Dated:  March 5, 2018 | /S/ Susan St. Vincent<br>Susan St. Vincent<br>Legal Officer<br>Yosemite National Park |

1

# **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Schneider* 6:17-po-0423-MJS, be dismissed, without prejudice, in the interest of justice, and the trial date set for March 7, 2018 is vacated.

IT IS SO ORDERED.

Dated:   March 5, 2018             /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE